## ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/07

October 26, 2007

Hon. Denny Chin
United States District Judge
United States Courthouse
500 Pearl St., Room 1020
New York, NY 10007

*Via Facsimile Transmission*

RE: **Cause No. 07-CV-08537-DC (FM);** *Sam Sloan v. Hoainhan "Paul" Truong, et al.;* In the United States District Court for the Southern District of New York

Dear Judge Chin:

I am writing you on behalf of Texas Tech University, a Defendant in the case identified above. I ask the Court to extend the deadline for Texas Tech to respond to the Plaintiff's pleading in this matter. I anticipate filing a Motion to Dismiss, but cannot file this motion or even enter a formal appearance until I have been admitted *pro hac vice* to the Southern District of New York. I am currently in the process of doing so, and am working with the Attorney General of the State of New York to acquire a sponsor to ask the court to admit me *pro hac vice*. I am doing this as rapidly as possible. I believe the deadline to file the Motion to Dismiss or an Answer on behalf of Texas Tech University is Monday, October 29, 2007. As I am unsure if the *pro hac vice* process will be completed by that date, I ask you to extend the deadline to file a Motion to Dismiss so that I might do it properly in conformity with the local rules.

I ask you to please extend this deadline until such time as Defendant in this case can complete the *pro hac vice* process and file the Motion to Dismiss.

*[Handwritten:]* TTU's time to move or answer is extended until 11/16/07. SO ORDERED. [signature] 10/26/07

Sincerely,

[signature]

SCOT GRAYDON
Assistant Attorney General
General Litigation Division
(512) 463-2120
(512) 320-0667 Fax

cc: Sam Sloan, *Via CM-RRR*
    Client

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548 TEL: (512)463-2100 WEB: WWW.OAG.STATE.TX.US
*An Equal Employment Opportunity Employer · Printed on Recycled Paper*