ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SAM SLOAN,

                  Plaintiff,

-against-

HOAINHAN "PAUL" TRUONG, ZSUZSANNA "SUSAN" POLGAR, JOEL CHANNING, WILLIAM GOICHBERG, THE UNITED STATES CHESS FEDERATION, BILL HALL, HERBERT RODNEY VAUGHN, GREGORY ALEXANDER, FRANK NIRO, GRANT PERKS, WILLIAM BROCK, RANDALL HOUGH, RANDY BAUER, JERRY BERRY, TEXAS TECH UNIVERSITY AND UNITED STATES OF AMERICA,

                  Defendants.

NOTICE OF MOTION
TO ADMIT
SCOT M. GRAYDON
PRO HAC VICE

1:07-CV-08537-DC (FM)

PLEASE TAKE NOTICE that, upon the annexed affidavits of June Duffy, sworn to November 6, 2007 and Scot M. Graydon, sworn to November 2, 2007, and exhibits thereto, the undersigned will move this Court before the Honorable Denny Chin at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at a day and time to be determined by the Court, for an order, pursuant to Rule 1.3 ( c ) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, granting Scot M. Graydon, an Assistant Attorney General of Texas, *pro hac vice* admission to the Bar of this Court on behalf of Defendant Texas Tech University in this action..

Dated: New York, New York
       November 6, 2007

                                    Respectfully submitted,

                                    ANDREW M..CUOMO
                                    Attorney General of the State
                                     of New York
                                   By:

                                   */s/ June Duffy*
                                   JUNE DUFFY
                                   Assistant Attorney General
                                    In Charge of Litigation
                                   Office & P.O. Address
                                   120 Broadway, 24th Floor
TO:  SAM SLOAN                    New York, New York 10271
       1664 Davidson Avenue, Apt. 1B   (212) 416-8618
       Bronx, New York 10452
       **PRO SE**

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    : SS.:
COUNTY OF NEW YORK  )

    Stephanie M. Rosenberg, being duly sworn, deposes and says:

    That she is a Managing Clerk in the office of ANDREW M. CUOMO, the Attorney General of the State of New York. On the 6th day of November, 2007, she served the annexed Notice of Motion, Affidavit of June Duffy, Affidavit of Scot M. Graydon and Proposed Order upon the following named person:

        SAM SLOAN
        1664 Davidson Avenue, Apt. 1B
        Bronx, New York 10452

Plaintiff in the within entitled action by depositing a true and correct copy thereof, properly enclosed in a post-paid wrapper, in a post-office box regularly maintained by the United States Postal Service at 120 Broadway, New York, New York 10271 directed to said plaintiff at the address within the State designated by him for that purpose.

                                          _____
                                          Stephanie M. Rosenberg

Sworn to before me this
6th day of November, 2007

_____
Notary Public of the
State of New York

SHEILA McCARTHEY
Notary Public, State of New York
No. 24-4842295
Qualified in Kings County
Commission Expires 2/28/2010

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
SAM SLOAN,

                                                 Plaintiff,

               -against-

HOAINHAN "PAUL" TRUONG, ZSUZSANNA "SUSAN" POLGAR, JOEL CHANNING, WILLIAM GOICHBERG, THE UNITED STATES CHESS FEDERATION, BILL HALL, HERBERT RODNEY VAUGHN, GREGORY ALEXANDER, FRANK NIRO, GRANT PERKS, WILLIAM BROCK, RANDALL HOUGH, RANDY BAUER, JERRY BERRY, TEXAS TECH UNIVERSITY AND UNITED STATES OF AMERICA,

                                           Defendants.

**AFFIDAVIT OF JUNE DUFFY IN SUPPORT OF MOTION**

1:07-CV-08537-DC (FM)

STATE OF NEW YORK   )
                             : ss:
COUNTY OF NEW YORK )

      JUNE DUFFY, being duly sworn, deposes and says :

      1.      I am an Assistant Attorney General in charge of the Litigation Bureau in the Office of ANDREW M. CUOMO, the New York State Attorney General. I am a member in good standing of the Bar of the State of New York and admitted to practice Law in 1987. I am also admitted to the Bar of the United States District Court for the Southern District of New York. I make this affidavit in support of the motion pursuant to Rule 1.3 (c) of the Local Rules of this Court, for admission of Scot M. Graydon to this Court, *pro hac vice*, to represent Defendant Texas Tech University in this action.

2.   Mr. Graydon is an Assistant Attorney General of Texas and is a member in good standing of the Bar of the State of Texas. Mr. Graydon has represented to me that he is fully familiar with the Federal Rules of Civil Procedure and the Local Rules of this Court.

3.   Accordingly, I respectfully request that Scot M.. Graydon be admitted to the Bar of this Court, *pro hac vice* for the purpose of representing defendant Texas Tech University in this action. Attached is a proposed order granting the admission of Scot M. Graydon, *pro hac vice* to this Court.

Dated: New York, New York
November 6, 2007

_____
June Duffy

Sworn to before me this
6 day of November, 2007

_____
Stephanie Rosenberg
Notary Public of the
State of New York

STEPHANIE ROSENBERG
Notary Public, State of New York
No. 01RO4699796
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires July 18, 201_

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SAM SLOAN,

                        Plaintiff,

-against-

HOAINHAN "PAUL" TRUONG, ZSUZSANNA "SUSAN" POLGAR, JOEL CHANNING, WILLIAM GOICHBERG, THE UNITED STATES CHESS FEDERATION, BILL HALL, HERBERT RODNEY VAUGHN, GREGORY ALEXANDER, FRANK NIRO, GRANT PERKS, WILLIAM BROCK, RANDALL HOUGH, RANDY BAUER, JERRY BERRY, TEXAS TECH UNIVERSITY AND UNITED STATES OF AMERICA,

                        Defendants.

**AFFIDAVIT OF SCOT M. GRAYDON**

1:07-CV-08537-DC (FM)

STATE OF TEXAS     §
                            § ss:
COUNTY OF TRAVIS  §

      SCOT M. GRAYDON, being duly sworn, hereby deposes and says:

      1.     I am an Assistant Attorney General of Texas. I submit this affidavit in support of the Motion pursuant to Rule 1.3 (c) of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order admitting me, the undersigned, *pro hac vice* to the Bar of this Court to represent Defendant Texas Tech University in this action.

      2.     I am an attorney at law licensed to practice in the State of Texas and a member in good standing with the Bar of the State of Texas. I am also admitted to practice in the United States District Court for the Eastern District of Texas, the United States District Court for the Southern District of Texas, the United States District Court for the Western District of Texas, the United States District Court for the Northern District of Texas, the United States Court of Appeals for the Fifth Circuit, and the District of Columbia Court of Appeals. Attached hereto is a certificate in good standing for the State Bar of Texas.

3.  There are no pending disciplinary proceedings against me in any State of Federal Court. I have read the rules of this court and will conduct myself in accordance with these rules.

WHEREFORE it is respectfully requested that I be admitted *pro hac vice* to represent Defendant Texas Tech University in this action, be granted.

Dated: November 2, 2007
Austin, Texas

Respectfully submitted,

SCOT M. GRAYDON
Texas Bar No. 24002175
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX
Scot.Graydon@oag.state.tx.us



MELISSA L. HEAD
Notary Public, State of Texas
My Commission Expires
JUNE 25, 2009
Notary without Bond

Sworn to before me this
2nd day of November, 2007

NOTARY PUBLIC
of the State of Texas

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

### SCOT MACDONALD GRAYDON

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 7th day of November, 1997.

I further certify that the records of this office show that, as of this date

### SCOT MACDONALD GRAYDON

is presently enrolled with the State Bar of Texas as an active member in good standing.

IN TESTIMONY WHEREOF witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this 25th day of October, 2007.

BLAKE HAWTHORNE, Clerk

by *Brad Sonego*
Brad Sonego, Deputy Clerk

No. 4782

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SAM SLOAN,

                Plaintiff,

-against-

HOAINHAN "PAUL" TRUONG, ZSUZSANNA "SUSAN" POLGAR, JOEL CHANNING, WILLIAM GOICHBERG, THE UNITED STATES CHESS FEDERATION, BILL HALL, HERBERT RODNEY VAUGHN, GREGORY ALEXANDER, FRANK NIRO, GRANT PERKS, WILLIAM BROCK, RANDALL HOUGH, RANDY BAUER, JERRY BERRY, TEXAS TECH UNIVERSITY AND UNITED STATES OF AMERICA,

                Defendants

**ORDER ADMITTING SCOT M. GRAYDON PRO HAC VICE**

1:07-CV-08537-DC (FM)

Upon the motion of June Duffy, an Assistant Attorney General in the Office of the New York State Attorney General Andrew M. Cuomo, and the Affidavit of June Duffy, sworn to November 6, 2007, it is

ORDERED, that

        SCOT M. GRAYDON
        Texas Bar No. 24002175
        Assistant Attorney General
        General Litigation Division
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        (512) 463-2120
        (512) 320-0667 FAX
        Scot.Graydon@oag.state.tx.us

is admitted to practice *pro hac vice* in this action in the United States District Court for the Southern District of New York, subject to the payment of the filing fee.

Dated: New York, New York
        November    , 2007

                                            SO ORDERED

                                            _____
                                            Denny Chin
                                            UNITED STATES DISTRICT JUDGE