SCANNED

ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SAM SLOAN,

                           Plaintiff,

-against-

HOAINHAN "PAUL" TRUONG, ZSUZSANNA "SUSAN" POLGAR,
JOEL CHANNING, WILLIAM GOICHBERG, THE UNITED
STATES CHESS FEDERATION, BILL HALL, HERBERT RODNEY
VAUGHN, GREGORY ALEXANDER, FRANK NIRO, GRANT
PERKS, WILLIAM BROCK, RANDALL HOUGH, RANDY BAUER,
JERRY BERRY, TEXAS TECH UNIVERSITY AND UNITED
STATES OF AMERICA,

                          Defendants.

**NOTICE OF MOTION
TO ADMIT
SCOT M. GRAYDON
PRO HAC VICE**

1:07-CV-08537-DC (FM)

NOV 0 6 2007

PLEASE TAKE NOTICE that, upon the annexed affidavits of June Duffy, sworn to

November 6, 2007 and Scot M. Graydon, sworn to November 2, 2007, and exhibits thereto, the

undersigned will move this Court before the Honorable Denny Chin at the Daniel Patrick Moynihan

United States Courthouse, 500 Pearl Street, New York, New York, at a day and time to be determined by

the Court, for an order, pursuant to Rule 1.3 ( c ) of the  Local Rules of the United States District Courts

for the Southern and  Eastern Districts of New York, granting Scot M. Graydon,  an Assistant Attorney

General of Texas, *pro hac vice* admission to the Bar of this Court on behalf of Defendant Texas Tech

University in this action..

Dated: New York, New York
      November 6, 2007

Motion GRANTED.

US DJ
11/14/07

TO:   SAM SLOAN
       1664 Davidson Avenue, Apt. 1B
       Bronx, New York 10452
       **PRO SE**

Respectfully submitted,

ANDREW M..CUOMO
Attorney General of the State
  of  New York
By:

JUNE DUFFY
Assistant Attorney General
  In Charge of Litigation
Office & P.O. Address
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-8618

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     :  SS.:
COUNTY OF NEW YORK   )

Stephanie M. Rosenberg, being duly sworn, deposes and says:

That she is a Managing Clerk in the office of ANDREW M. CUOMO, the Attorney General of the State of New York. On the 6th day of November, 2007, she served the annexed Notice of Motion, Affidavit of June Duffy, Affidavit of Scot M. Graydon and Proposed Order upon the following named person:

SAM SLOAN
1664 Davidson Avenue, Apt. 1B
Bronx, New York 10452

Plaintiff in the within entitled action by depositing a true and correct copy thereof, properly enclosed in a post-paid wrapper, in a post-office box regularly maintained by the United States Postal Service at 120 Broadway, New York, New York 10271 directed to said plaintiff at the address within the State designated by him for that purpose.

Stephanie M. Rosenberg

Sworn to before me this
6th day of November, 2007

Notary Public of the
State of New York

SHEILA McCARTNEY
Notary Public, State of New York
No. 24-4842295
Qualified in Kings County
Commission Expires  2/28/2010