Arthur M. Handler
HANDLER & GOODMAN LLP
805 Third Avenue, 8th Floor
New York, New York 10022
(646) 282-1900

Co-Counsel for Defendant William Brock

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SAM SLOAN,

       Plaintiff,      NOTICE OF
               MOTION TO ADMIT
   - against -        COUNSEL PRO HAC VICE

HOAINHAN "PAUL" TRUONG, ZSUZSANNA "SUSAN" 07 cv 08537(DC)
POLGAR, JOEL CHANNING, WILLIAM GOICHBERG,
THE UNITED STATES CHESS FEDERATION, BILL
HALL, HERBERT RODNEY VAUGHN, GREGORY
ALEXANDER, FRANK NIRO, GRANT PERKS, WILLIAM
BROCK, RANDALL HOUGH, RANDY BAUER, JIM
BERRY, TEXAS TECH UNIVERSITY and UNITED
STATES OF AMERICA,

       Defendants.

------------------------------------------------------------X

   PLEASE TAKE NOTICE that, upon the annexed affidavit of Arthur M. Handler, sworn to November 19, 2007 and declaration of Patrick M. O'Brien, dated November 16, 2007, and exhibits thereto, Arthur M. Handler, a member in good standing of the bar of this Court, will move this Court before the Honorable Denny Chin at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at a day and time to be determined by the Court, for an order pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, allowing the admission pro hac vice of

   Applicant's Name:  Patrick M. O'Brien

      Firm Name:      Law Offices of Patrick M. O'Brien
      Address:      309 Elmore Street
      City/State/Zip:      Park Ridge, IL 60068
      Phone Number:      (847) 692-2320
      Email Address:      pmobrien@gmail.com

to the Bar of this Court on behalf of Defendant William Brock.

Dated:  New York, New York
         November 19, 2007

                                      Respectfully submitted,

                                      HANDLER & GOODMAN LLP

                                      By: _____
                                      Arthur M. Handler
                                      805 Third Avenue, 8th Floor
                                      New York, New York 10022
                                      Tel: (646) 282-1900
                                      Fax: (646) 282-1905

                                      Co-Counsel for Defendant
                                        William Brock

TO:    Sam Sloan
        1664 Davidson Avenue, Apt. 1B
        Bronx, New York 10252
        PRO SE

        Jeremy Brown, Esq.
        Proskauer Rose LLP
        Attorney for Certain Defendants
        One Newark Center
        Newark, New Jersey 07102-5211

        Scot M. Graydon, Esq.
        Attorney for Defendant Texas Tech University
        P.O. Box 12548
        Capitol Station
        Austin, TX 8711-2548

Arthur M. Handler
HANDLER & GOODMAN LLP
805 Third Avenue, 8th Floor
New York, New York 10022
(646) 282-1900

Co-Counsel for Defendant William Brock

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SAM SLOAN,

       Plaintiff,

   - against -

HOAINHAN "PAUL" TRUONG, ZSUZSANNA "SUSAN"
POLGAR, JOEL CHANNING, WILLIAM GOICHBERG,
THE UNITED STATES CHESS FEDERATION, BILL
HALL, HERBERT RODNEY VAUGHN, GREGORY
ALEXANDER, FRANK NIRO, GRANT PERKS, WILLIAM
BROCK, RANDALL HOUGH, RANDY BAUER, JIM
BERRY, TEXAS TECH UNIVERSITY and UNITED
STATES OF AMERICA,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AFFIDAVIT OF
ARTHUR M. HANDLER
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

07 cv 08537(DC)

STATE OF NEW YORK )
        :ss.
COUNTY OF NEW YORK )

  ARTHUR M. HANDLER, being duly sworn, hereby deposes and says as follows:

  1. I am a member of Handler & Goodman LLP, co-counsel for Defendant William Brock ("Defendant Brock") in the above-entitled action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the instant motion to admit Patrick M. O'Brien as counsel pro hac vice to represent Defendant Brock in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in the Courts of the State of New York in 1960. I am also admitted to the bar of the United States District Court for the Southern District of New York and the Eastern District of New York, the United States Court of Appeals for the Second, Third and Federal Circuits and the United States Supreme Court.

3. As appears from Mr. O'Brien's declaration (Exhibit 1 hereto) Mr. O'Brien is a solo practitioner in Park Ridge, Illinois who is an experienced litigator admitted to the state courts of Illinois, the United States District Courts for the Northern District of Illinois and the Northern District of Indiana, four United States Courts of Appeals and the United States Supreme Court.

4. Based upon my conversations with Mr. O'Brien and the accompanying Declaration of Mr. O'Brien (Exh. 1), Mr. O'Brien has represented that he is an attorney experienced in Federal practice, familiar with the Federal Rules of Procedure and that no disciplinary proceedings have been brought against him.

5. Accordingly, I am pleased to move the admission of Patrick M. O'Brien, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Patrick M. O'Brien, pro hac vice, which is attached hereto as Exhibit 2.

WHEREFORE it is respectfully requested that the motion to admit Patrick M. O'Brien, pro hac vice, to represent Defendant Brock in the above-captioned matter, be granted.

_____
ARTHUR M. HANDLER

Sworn to before me this
19th day of November, 2007

_____
Notary Public

ROBERT S. GOODMAN
Notary Public, State of New York
No. 02GO1505475
Qualified in Westchester County
Commission Expires October 31, 2009

3

## **DECLARATION OF PATRICK M. O'BRIEN**

Patrick M. O'Brien declares as follows:

1. In 1982, I received a B.S. in Political Science, with High Honors, from Illinois Institute of Technology.

2. In 1986, I received a J.D. from Columbia University School of Law, where I was a Harlan Fiske Stone Scholar and Managing Editor of the *Columbia Journal of Law and Social Problems*.

3. I was admitted to the Illinois bar in 1986 (see Certificate of Good Standing attached as Attachment A). I have never been the subject of disciplinary proceedings in Illinois or any other jurisdiction.

4. I was admitted to the bar of the Supreme Court of the United States in 1991.

5. I have been admitted to the bars of the United States Courts of Appeals for the Third (1995), Fourth (1998), Seventh (1987), and Eighth (2005) Circuits.

6. I was admitted to the bar of the United States District Court for the Northern District of Illinois in 1986, and to its trial bar in 1995. I was admitted to the bar of the Northern District of Indiana in 1996.

7. I have been admitted *pro hac vice* to to the bars of New York and the United States District Courts for the Northern District of California, the Eastern District of New York, the District of South Carolina, and the Middle District of Tennessee.

8. The Illinois Supreme Court has heard seven of my cases, all of which I won. I have argued approximately twenty cases each before the United States Court of Appeals for the Seventh Circuit (including one en banc case) and the Illinois Appellate Court.

9. I am currently a solo practitioner in Park Ridge, Illinois. I was an associate at the law firm of Hughes Socol Piers Resnick & Dym, Ltd. in Chicago from 1994 to 1996, and a partner from 1996 to 2007. From 1986 to 1994 I was an attorney in the Appeals Division of the City of Chicago Law Department.

10. I have litigated in federal and state courts for the past 20 years, and as such am very familiar with federal practice and procedure. I published an article, "Waiver in the Federal Courts," in the *Appellate Law Review* (Fall, 1996). I recently completely a 105-page book on the same subject, "Waiver of Arguments in the Seventh Circuit," which ABA Publishing has expressed interest in publishing.

11. I am AV-rated (the highest rating) by *Martindale-Hubbell Law Directory*.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on November 16, 2007.

*/s/ Patrick M. O'Brien*
PATRICK M. O'BRIEN



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Patrick Michael O'Brien
309 Elmore St.
Park Ridge, IL 60068-3569

Chicago
Thursday, November 15, 2007

In re: Patrick Michael O'Brien
Admitted: 12/9/1986
Attorney No. 6194079

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Thomas W. Peters
Registrar

TWP:jpo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
: 
SAM SLOAN,
:
                Plaintiff,
:    ORDER FOR ADMISSION
        - against -                                PRO HAC VICE
:    ON WRITTEN MOTION
HOAINHAN "PAUL" TRUONG, ZSUZSANNA "SUSAN"  :
POLGAR, JOEL CHANNING, WILLIAM GOICHBERG,      07 cv 08537(DC)
THE UNITED STATES CHESS FEDERATION, BILL  :
HALL, HERBERT RODNEY VAUGHN, GREGORY
ALEXANDER, FRANK NIRO, GRANT PERKS, WILLIAM  :
BROCK, RANDALL HOUGH, RANDY BAUER, JIM
BERRY, TEXAS TECH UNIVERSITY and UNITED      :
STATES OF AMERICA,
:
                Defendants.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the motion of Arthur M. Handler of Handler & Goodman LLP, co-counsel for defendant William Brock, said sponsor attorney's affidavit in support, and the declaration of Patrick M. O'Brien:

    **IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Patrick M. O'Brien |
| Firm Name: | Law Offices of Patrick M. O'Brien |
| Address: | 309 Elmore Street |
| City/State/Zip: | Park Ridge, IL 60068 |
| Phone Number: | (847) 692-2320 |
| Email Address: | pmobrien@gmail.com |

is admitted to practice pro hac vice as counsel for defendant William Brock in the above captioned case in the United States District Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
November 19, 2007

SO ORDERED:

_____
U.S.D.J.

CERTIFICATE OF SERVICE

I, Diana E. McMonagle, certify that a copy of the annexed Notice of Motion to Admit Counsel Pro Hac Vice and accompanying affidavit and declaration were served on plaintiff and counsel for defendants in this action at the addresses set forth below by First Class U.S. Mail, deposited in a post office box regularly maintained by the United States Postal Service, this 19th day of November, 2007.

Sam Sloan
1664 Davidson Avenue, Apt. 1B
Bronx, New York 10252
PRO SE

Jeremy Brown, Esq.
Proskauer Rose LLP
Attorney for Certain Defendants
One Newark Center
Newark, New Jersey 07102-5211

Scot M. Graydon, Esq.
Attorney for Defendant Texas Tech University
P.O. Box 12548
Capitol Station
Austin, TX 78711-2548

_____
Diana E. McMonagle