PROSKAUER ROSE LLP
Jeremy M. Brown, Esq. (JB-7652)
One Newark Center
Newark, New Jersey 07102-5211
Telephone: 973.274.3200
Facsimile: 973.274.3299
e-mail: jbrown@proskauer.com

*Attorneys for Defendants* The United States Chess Federation,
Joel Channing, William Goichberg, Bill Hall, Herbert Rodney Vaughn,
Gregory Alexander, Grant Perks, Randall Hough, Randy Bauer, Paul Truong,
Susan Polgar and Jim Berry

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| SAM SLOAN, | |
| Plaintiff, | Civil Action No. 07-CV-8537 (DC) |
| vs. | |
| HOAINHAN "PAUL" TRUONG, ZSUZSANNA "SUSAN" POLGAR, JOEL CHANNING, WILLIAM GOICHBERG, THE UNITED STATES CHESS FEDERATION, BILL HALL, HERBERT RODNEY VAUGHN, GREGORY ALEXANDER, FRANK NIRO, GRANT PERKS, WILLIAM BROCK, RANDALL HOUGH, RANDY BAUER, JIM BERRY, TEXAS TECH UNIVERSITY and UNITED STATES OF AMERICA | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT ON BEHALF OF DEFENDANT THE UNITED STATES CHESS FEDERATION**<br><br>Document Filed Electronically |
| Defendants. | |

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification and recusal, the undersigned counsel of record for Defendant The United States Chess Federation certifies that The United States Chess Federation has no parent corporation and that no publicly-held corporation owns ten percent (10%) or more of its stock.

Dated: January 4, 2008

                PROSKAUER ROSE LLP

                s/ Jeremy M. Brown
                Jeremy M. Brown (JB-7652)
                One Newark Center, 18th Floor
                Newark, New Jersey 07102
                Telephone: 973.274.3200
                Facsimile: 973.274.3299
                jbrown@proskauer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2008, a copy of the foregoing Rule 7.1 Corporate Disclosure Statement on behalf of Defendant The United States Chess Federation was served as follows:

Sam Sloan
1664 Davidson Avenue
Apartment 1B
Bronx, New York 10453
samsloan@samsloan.com
*Plaintiff*
[ECF Filing; certified mail, return receipt requested]

Patrick M. O'Brien, Esq.
Law Offices of Patrick M. O'Brien
309 Elmore Street
Park Ridge, Illinois 60068-3569
pmobrien12@gmail.com
*Attorney for Defendant William Brock*
[ECF Filing]

Arthur M. Handler
Handler & Goodman, L.L.P.
805 Third Avenue
8th Floor
New York, New York 10022
amhandler@handlergoodman.com
*Attorney for Defendant William Brock*
[ECF Filing]

Scot M. Graydon, Esq.
Assistant Attorney General, General Litigation Division
Attorney General of Texas
P.O. Box 12548
Austin, Texas 78711-2548
scot.graydon@oag.state.tx.us
*Attorney for Defendant Texas Tech University*
[ECF Filing]

    _____s/ Jeremy M. Brown_____
           Jeremy M. Brown