PROSKAUER ROSE LLP
Jeremy M. Brown, Esq. (JB-7652)
One Newark Center
Newark, New Jersey 07102-5211
Telephone: 973.274.3200
Facsimile: 973.274.3299
e-mail: jbrown@proskauer.com

*Attorneys for Defendants* The United States Chess Federation,
Joel Channing, William Goichberg, Bill Hall, Herbert Rodney Vaughn,
Gregory Alexander, Grant Perks, Randall Hough, Randy Bauer, Paul Truong
Susan Polgar and Jim Berry

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

SAM SLOAN,

                Plaintiff,

    vs.

HOAINHAN "PAUL" TRUONG, ZSUZSANNA
"SUSAN" POLGAR, JOEL CHANNING,
WILLIAM GOICHBERG, THE UNITED STATES
CHESS FEDERATION, BILL HALL, HERBERT
RODNEY VAUGHN, GREGORY ALEXANDER,
FRANK NIRO, GRANT PERKS, WILLIAM
BROCK, RANDALL HOUGH, RANDY BAUER,
JIM BERRY, TEXAS TECH UNIVERSITY and
UNITED STATES OF AMERICA,

                Defendants.

---------------------------------------------------------------- x

Civil Action No. 07-CV-8537 (DC)

**AFFIDAVIT OF WILLIAM GOICHBERG**

Document Filed Electronically

WILLIAM GOICHBERG, being duly sworn, deposes and states:

1.    I currently reside at 2084 Route 94, Salisbury Mills, New York 15277. This is my home, my domicile and my permanent place of residence.

2. I have lived at and maintained my residence and home at 2084 Route 94, Salisbury Mills, New York 12577 since 1991.

3. I vote exclusively in the State of New York.

4. I pay taxes in the State of New York and not any other state.

5. I do not reside or maintain a residence, home or domicile anywhere other than in the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

*William Goichberg*
William Goichberg

Sworn to and subscribed before me
this _19_ day of _November_, 2007.

_Yvonne Mosca_
Notary Public

YVONNE D. MOSCA
Commissioner of Deeds
In and For the City of Mount Vernon
Commission Expires Dec. 31, 200_8_