PROSKAUER ROSE LLP
Jeremy M. Brown, Esq. (JB-7652)
One Newark Center
Newark, New Jersey 07102-5211
Telephone: 973.274.3200
Facsimile: 973.274.3299
e-mail: jbrown@proskauer.com

*Attorneys for Defendants* The United States Chess Federation,
Joel Channing, William Goichberg, Bill Hall, Herbert Rodney Vaughn,
Gregory Alexander, Grant Perks, Randall Hough, Randy Bauer, Paul Truong,
Susan Polgar and Jim Berry

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------- x
                                         :
SAM SLOAN,                               :
                                         :
                        Plaintiff,       :   Civil Action No. 07-CV-8537 (DC)
                                         :
        vs.                              :
                                         :
HOAINHAN "PAUL" TRUONG, ZSUZSANNA        :   **CERTIFICATE OF SERVICE**
"SUSAN" POLGAR, JOEL CHANNING,           :
WILLIAM GOICHBERG, THE UNITED STATES     :
CHESS FEDERATION, BILL HALL, HERBERT     :   Document Filed Electronically
RODNEY VAUGHN, GREGORY ALEXANDER,        :
FRANK NIRO, GRANT PERKS, WILLIAM         :
BROCK, RANDALL HOUGH, RANDY BAUER,       :
JIM BERRY, TEXAS TECH UNIVERSITY and     :
UNITED STATES OF AMERICA                 :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- x

   I hereby certify that on January 4, 2008, a copy of the foregoing Notice of Motion to

Dismiss Plaintiff's Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1) and

12(b)(2), Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's

Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(2), Declaration of Jeremy M. Brown, Esq. and Affidavit of William Goichberg was served as follows:

>Sam Sloan
>1664 Davidson Avenue
>Apartment 1B
>Bronx, New York 10453
>samsloan@samsloan.com
>*Plaintiff*
>[Served via ECF Filing; certified mail, return receipt requested]
>
>Patrick M. O'Brien, Esq.
>Law Offices of Patrick M. O'Brien
>309 Elmore Street
>Park Ridge, Illinois 60068-3569
>pmobrien12@gmail.com
>*Attorney for Defendant William Brock*
>[Served via ECF Filing]
>
>Arthur M. Handler
>Handler & Goodman, L.L.P.
>805 Third Avenue
>8th Floor
>New York, New York 10022
>amhandler@handlergoodman.com
>*Attorney for Defendant William Brock*
>[Served via ECF Filing]
>
>Scot M. Graydon, Esq.
>Assistant Attorney General, General Litigation Division
>Attorney General of Texas
>P.O. Box 12548
>Austin, Texas 78711-2548
>scot.graydon@oag.state.tx.us
>*Attorney for Defendant Texas Tech University*
>[Served via ECF Filing]

                                                                                                                  s/ Jeremy M. Brown
                                                                                                                      Jeremy M. Brown