**ORIGINAL**

PROSKAUER ROSE LLP
One Newark Center
Newark, New Jersey 07102-5211
Telephone: 973.274.3200
Facsimile: 973.274.3299
*Attorneys for Defendants* The United States Chess Federation,
Joel Chinning, William Goichberg, Bill Hall, Herbert Rodney Vaughn,
Gregory Alexander, Grant Perks, Randall Hough, Randy Bauer, and Jim Berry

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
SAM SLOAN,
                    Plaintiff,
        vs.                                    :   Civil Action No. 07-CV-8537 (DC)

HOAINHAN "PAUL" TRUONG, ZSUZSANNA
"SUSAN" POLGAR, JOEL CHANNING,                 :   **STIPULATION AND ORDER**
WILLIAM GOICHBERG, THE UNITED STATES           :   **FOR**
CHESS FEDERATION, BILL HALL, HERBERT           :   **SUBSTITUTION OF ATTORNEY**
RODNEY VAUGHN, GREGORY ALEXANDER,
FRANK NIRO, GRANT PERKS, WILLIAM
BROCK, RANDALL HOUGH, RANDY BAUER,
JIM BERRY, TEXAS TECH UNIVERSITY and
UNITED STATES OF AMERICA,
                    Defendants.
---------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned that the firm of Nixon Peabody LLP, 50 Jericho Quadrangle, Jericho, New York 11753 be and hereby is substituted as Attorneys of Record for Defendants Hoainhan Paul Truong and Zsuzsanna Susan Polgar, in the above referenced matter, in the place of the firm of Proskauer Rose LLP.

Dated: January 17, 2008

PROSKAUER ROSE LLP
Withdrawing Attorneys for Defendants
Paul Truong and Susan Polgar

By: _____
    Jeremy M. Brown

NIXON PEABODY LLP
Substituting Attorneys for Defendants
Paul Truong and Susan Polgar

By: _____
    Joseph J. Ortego

SO ORDERED:

_____
Honorable Denny Chin, United States District Judge

1/24/08