USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SAM SLOAN,

                Plaintiff,

-against-

HOAINHAN "PAUL" TRUONG, et.al,
                Defendants.
-----------------------------------------------------------X

07 CIVIL 8537 (DC)

**JUDGMENT**

    Defendants having moved for a dismissal of the complaint pursuant to F. R. Civ. P. 12(b)(1) (2) & (6), and the matter having come before the Honorable Denny Chin, United States District Judge, and the Court, on August 28, 2008, having rendered its Memorandum Decision granting defendant's motion for dismissal of the complaint with prejudice and with costs, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision, dated August 28, 2008, defendant's motion for dismissal of the complaint is granted with prejudice and costs, and the case is closed.

**Dated:** New York, New York
          August 29, 2008

                              J. MICHAEL McMAHON
                              Clerk of Court
               BY:
                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____