PROSKAUER ROSE LLP
Jeremy M. Brown, Esq. (JB-7652)
One Newark Center
Newark, New Jersey 07102-5211
Telephone:  973.274.3200
Facsimile:  973.274.3299
e-mail: jbrown@proskauer.com

*Attorneys for Defendants* The United States Chess Federation,
Joel Channing, William Goichberg, Bill Hall, Randall Hough,
Randy Bauer and Jim Berry

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| SAM SLOAN, | : | |
| Plaintiff, | : | Civil Action No. 07-CV-8537 (DC) |
| | : | |
| vs. | : | |
| | : | |
| HOAINHAN "PAUL" TRUONG, ZSUZSANNA | : | **AFFIDAVIT OF JEREMY M.** |
| "SUSAN" POLGAR, JOEL CHANNING, | : | **BROWN, ESQ. IN SUPPORT OF** |
| WILLIAM GOICHBERG, THE UNITED STATES | : | **DEFENDANTS' BILL OF COSTS** |
| CHESS FEDERATION, BILL HALL, HERBERT | : | |
| RODNEY VAUGHN, GREGORY ALEXANDER, | : | |
| FRANK NIRO, GRANT PERKS, WILLIAM | : | Document Filed Electronically |
| BROCK, RANDALL HOUGH, RANDY BAUER, | : | |
| JIM BERRY, TEXAS TECH UNIVERSITY and | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| Defendants. | : | |
| | : | |

JEREMY M. BROWN, being duly sworn, deposes and states:

1.     I am senior counsel with the law firm of Proskauer rose LLP, attorneys for

defendants The United States Chess Federation, Joel Channing, William Goichberg, Bill Hall,

Randall Hough, Randy Bauer, Paul and Jim Berry (hereinafter "Defendants"), in this action and,

as such, have personal knowledge of the facts set forth herein. I submit this Affidavit in support of Defendants' Bill of Costs.

2.      Attached hereto as Exhibit A is a true and correct copy of a check made payable to "Orange County Clerk" in the amount of $5.00 and a certified copy of a deed. The $5.00 was paid by Defendants to obtain a certified copy of a deed which confirmed the residence of defendant William Goichberg and was attached as Exhibit A to the Goichberg Affidavit filed in support of Defendants' Motion to Dismiss. In accordance with Local Civil Rule 54.1(c)(5), the exhibit was not available and the copy of the certified deed was used or received in evidence.

3.      Attached hereto as Exhibit B is a true and correct copy of the Judgment granting Defendants' motion to dismiss the complaint with prejudice and with costs, filed by the Clerk of the Court on August 29, 2008.

4.      The costs claimed by Defendants in their Bill of Costs are: (a) allowable by law under Local Civil Rule 54.1(c)(5); (b) correctly stated as evidenced by the copies of the check and Judgment attached hereto as Exhibits A and B; and (c) actually and necessarily incurred in the above-captioned case.

I declare under penalty of perjury that the foregoing is true and correct.

Jeremy M. Brown

Sworn to before me this
5th day of September, 2008.

Notary Public

MAUREEN A. BABB
A Notary Public of New Jersey
I.D. NO. 2088380
My Commission Expires May 3, 2009

2

Exhibit A

**PROSKAUER ROSE LLP**
**ATTORNEY BUSINESS ACCOUNT**
A. NEW YORK LIMITED LIABILITY PARTNERSHIP
ONE NEWARK CTR.
NEWARK, NJ 07102-5211

7540

55-33/212 NJ
66864

DATE 2/6/08

PAY TO THE ORDER OF ORANGE COUNTY CLERK                              $ 5.00

five and 00/100 ———————————————— DOLLARS

Bank of America

ACH R/T 021200039

FOR 74697-001

⑆007540⑆ ⑆021200339⑆ 004154016289⑆

## ORANGE COUNTY CLERK'S OFFICE RECORDING PAGE
**THIS PAGE IS PART OF THE INSTRUMENT – DO NOT REMOVE**

PRINT OR TYPE: BLACK INK ONLY

ANTHONY NUNZIATO

TO

WILLIAM GOICHBERG

*Horizon Abstract Corp.*
*740-0-5715*

SECTION ___3___ BLOCK ___1___ LOT ___9___

RECORD AND RETURN TO:
(Name and Address)

ATTACH THIS SHEET TO THE FIRST PAGE OF EACH RECORDED INSTRUMENT ONLY.

DAVID B GILBERT ESQ
453 ROUTE 211 EAST
MIDDLETOWN NY 10940

DO NOT WRITE BELOW THIS LINE

CONTROL NO. ___60737___ DATE _11/6/91_ AFFIDAVIT FILED _____ 19___

INSTRUMENT TYPE: DEED ___X___ MORTGAGE_____ SATISFACTION_____ ASSIGNMENT_____ OTHER_____

| | |
|---|---|
| BG20 Blooming Grove X | SERIAL NO. _____ |
| CH22 Chester | |
| CO24 Cornwall | Mortgage Amount $_____ CHECK _X_ CASH___ CHARGE___ |
| CR26 Crawford | |
| DP28 Deerpark | Exempt Yes___ No___ |
| GO30 Goshen | |
| GR32 Greenville | 3-6 Cooking Units Yes___ No___ MORTGAGE TAX $_____ |
| HA34 Hamptonburgh | Received Tax on above Mortgage TRANSFER TAX $ _560.00_ |
| HI36 Highlands | |
| MK38 Minisink | Basic $_____ ED. FUND $ _5.00_ |
| ME40 Monroe | |
| MY42 Montgomery | MTA $_____ RECORD. FEE $ _17.00_ |
| MH44 Mount Hope | |
| NT46 Newburgh (T) | Spec. Add. $_____ REPORT FORMS $ _30.00_ |
| NW48 New Windsor | |
| TU50 Tuxedo | TOTAL $_____ CERT. COPIES $_____ |
| WL52 Wallkill | |
| WK54 Warwick | MARION S. MURPHY Horizon |
| WA56 Wawayanda | Orange County Clerk |
| WO58 Woodbury | by: _____ |
| MN09 Middletown | |
| NC11 Newburgh | ORANGE COUNTY CLERK'S OFFICE S.S. |
| PJ13 Port Jervis | Recorded on NOV 1 2 1991 |
| 9999 Hold | at 2:50 O'Clock ___ M. |

in Liber/Film _351 Deeds_
at page _315_ and examined.

*Marion S. Murphy*
County Clerk

RECEIVED
$ _560.00_
REAL ESTATE
NOV 1 2 1991
TRANSFER TAX
ORANGE COUNTY

LIBER **3519** PAGE **315**



COUNTY OF
ORANGE, NEW YORK
*Donna L. Benson*
COUNTY CLERK & CLERK OF
THE SUPREME & COUNTY COURTS
DATED _2/7/08_



ORG 11/12/91 02:50:01  48194     47.00

***** EDUCATION FUND:     5.00 *****

DEED CONTROL NO: 60737     560.00 *
***** SERIAL NUMBER: 002404 *****

Form 8007 10/27(40 — Bargain and Sale Deed with Covenant against Grantor's Act — Ind. or Corp.

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT — THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

THIS INDENTURE, made the    6th    day of    November , nineteen hundred and ninety one
BETWEEN  ANTHONY NUNZIATO, residing at 86 Harbor Circle, Freehold,
New Jersey 07728

party of the first part, and

WILLIAM GOICHBERG, residing at 450 Prospect Avenue, Mount
Vernon, NY 10553

party of the second part,

WITNESSETH, that the party of the first part, in consideration of

***TEN***                                                    dollars,

lawful money of the United States,  and other good and valuable consideration paid

by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or suc-

cessors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying

and being in the    Town of Blooming Grove, Salisbury Mills, Orange County,
New York, bounded and described as follows:

BEGINNING at a stake in the center of a stone wall on line of lands
now or formerly Oscar M. Bates, and in the northerly right of way line
of State Highway Route 45 (now designated as Route 94) and point
being 13.20 feet distant southwesterly from a nail and cap in a 30"
hickory tree and runs thence (1) South 88 degrees 57' East along
said right of way line 67.54 feet to a stake; thence (2) South
74 degrees 09' East still along said right of way line 176.00 feet
to the center of 1 24" wild cherry tree  on line of lands now or
formerly of Helene Tylor, said point  being 1.20 feet distant
measured southeasterly from a concrete right of vat marker; thence
(3) North 9 degrees 50' East along the line of a wire fence on
line of said Holene Tylor 190.80 feet to a stake; said stake
being 3.17 feet distant measured southeasterly from a nail and cap
in a 40" wild cherry tree; thence (4) North 73 degrees 35' West
along a wire fence still on line of Tylor 230.50 feet to a stake
in the center of a stone wall on line of lands of said Oscar M.
Bates said point being 4.95 feet distant measured northeasterly
from a nail and cap in a 10" elm tree; thence (5) South 13
degrees 20' West along a stone wall on line of lands of Bates 209.50
feet to the point of BEGINNING.

Said lands further described in a survey by Daniel J. O'Brien,
dated 10/23/91, in Schedule A attached hereto,

BEING and intending to be the same premises conveyed by deed
from Teresa Nue to Anthony Nunziato dated 8/28/85 and recorded in
the Orange County Clerk's Office on 2/3/88 in Liber 2882 page
134.

DIST:
SECTION:
BLOCK:
LOT:

LIBER 3519 PAGE 316

SCHEDULE A

All that certain lot, piece, or parcel of land situate, lying
and being in the Town of Blooming Grove, County of Orange,
State of New York and being more accurately bounded and
described as follows:

Beginning at a point in a stonewall in the northerly
line of New York State Route # 94, said point being 3.00 feet
from an iron pipe found on line; thence from the said point
or place of beginning and following along the northerly line
of said route # 94, South 88 degrees 57 minutes 67.54 feet to
a point; thence along the same, South 74 degrees 09 minutes
00 seconds East a distance of 176.00 feet to a point, said
point being South 74-09-00 East 4.7 feet from a concrete
highway monument found; thence along the lands of Normana,
North 09 degrees 50 minutes 00 seconds East a distance of
190.80 feet to a point near a 44 inch wild cherry tree;
thence along the same and passing thru old fence post found
on line, North 73 degrees 35 minutes 00 seconds West a
distance of 230.50 feet to a point in the center of a
stonewall; thence along the stonewall and the line of lands
of Schrader, South 13 degrees 20 minutes 00 seconds West a
distance of 209.50 feet to the point or place of beginning
and containing 1.04 acres of land, more or less as surveyed
by Daniel J. O'Brien, P.L.S.  in October 1991.

LIBER 3519 PAGE 317

**TOGETHER** with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof,

**TOGETHER** with the appurtenances and all the estate and rights of the party of the first part in and to said premises,

**TO HAVE AND TO HOLD** the premise herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been incumbered in any way whatever, except as aforesaid.

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_Anthony Nunziato_
ANTHONY NUNZIATO

LIBER **3519** PAGE **318**

**STATE OF NEW YORK, COUNTY OF** ORANGE **ss.:**

On the 6th day of November 1991, before me personally came

Anthony Nunziato

to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that he executed the same.

*Dav J Rist*
Notary Public

DAVID J. RISER
Notary Public, State of New York
No. 4547129
Qualified in Orange County
Term Expires Feb 10, 19 ⁴3

**STATE OF NEW YORK, COUNTY OF** **ss.:**

On the day of 19 , before me personally came

to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that he executed the same.

**STATE OF NEW YORK, COUNTY OF** **ss.:**

On the day of 19 , before me personally came

to me known, who, being by me duly sworn, did depose and say that he resides at No.

that he is the

of

, the corporation described in and which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that he signed h name thereto by like order.

**STATE OF NEW YORK, COUNTY OF** **ss.:**

On the day of 19 , before me personally came

to me known, who, being by me duly sworn, did depose and say that he resides at No.

say that he is the

of

, the corporation described in and which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that he signed h name thereto by like order.

**Bargain and Sale Deed**
With Covenant Against Grantor's Acts

Title No.

ANTHONY NUNZIATO

TO

WILLIAM GOICHBERG

STANDARD FORM OF NEW YORK STATE LAND TITLE ASSN.
*Distributed by*



American Title Insurance Company
Northeast Region

SECTION 3
BLOCK 1
LOT 9
XXXXXX TOWN of Blooming Grove

Recorded At Request of American Title Insurance Company
RETURN BY MAIL TO:

DAVID B GILBERT ESQ
453 ROUTE 211 E
MIDDLETOWN NY 10940

Zip No.

LIBER 3519 PAGE 319

RESERVE THIS SPACE FOR USE OF RECORDING OFFICE

Exhibit B

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

SAM SLOAN,

                         Plaintiff,

         -against-

HOAINHAN "PAUL" TRUONG, et.al,

                       Defendants.

-------------------------------------------------------X

07 **CIVIL** 8537 (DC)

## JUDGMENT

Defendants having moved for a dismissal of the complaint pursuant to F. R. Civ. P. 12(b)(1) (2) & (6), and the matter having come before the Honorable Denny Chin, United States District Judge, and the Court, on August 28, 2008, having rendered its Memorandum Decision granting defendant's motion for dismissal of the complaint with prejudice and with costs, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision, dated August 28, 2008, defendant's motion for dismissal of the complaint is granted with prejudice and costs, and the case is closed.

**Dated:** New York, New York
        August 29, 2008

                             **J. MICHAEL McMAHON**

                                      Clerk of Court

         **BY:**

                                        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____